IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARREN RICHARD GENTILQUORE,   :   No. 3:24-CV-0406
    Petitioner   :
       :   (Judge Munley)
v.   :
       :
MARK R. BROTHERS,   :
    Respondent   :

## ORDER

AND NOW, to wit, this 5th day of June 2025, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner Darren Richard Gentilquore's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

2. A certificate of appealability shall not issue, as Gentilquore has failed to make a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural ruling is correct, Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court